(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

\# 487106

(1) Clarence U. Jamison
  (Name of Plaintiff)   (Inmate Number)

Delaware Correctional Center
1181 Paddock Rd Smyrna DE. 19977
  (Complete Address with zip code)

(2) _____
  (Name of Plaintiff)   (Inmate Number)

_____
  (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

08 - 048
(Case Number)
( to be assigned by U.S. District Court)

vs.

(1) Hon. Judge William C. Carpenter JR.
(2) State of Delaware
(3) _____
  (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
JAN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned
IFP

I.  **PREVIOUS LAWSUITS**

  A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

  _____
  _____
  _____
  _____
  _____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • •(Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •(Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed a complaint with the Office on the Judiciary

2. What was the result? The charge was dismissed.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Hon. Judge William C. Carpenter JR.

Employed as Judge at Newcastle County

Mailing address with zip code: Courthouse 500 King St Wilmington Delaware 19801

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. In Sept. 2005 I recieved a bench-trial in which Judge William C. Carpenter JR. heard. He heard the case, found me guilty and sentenced me.

2. 

3. 

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the Court to hear my case. I am seeking 3.5 million dollars

3

2. I want the Court to order a new sentencing

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of January, 2008.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

IM: Clarence Jamison
SBI# 487106  UNIT 21-A  H/C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office Of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

U.S.M.S.
X-RAY