IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARENCE U. JAMISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-48-SLR ) |
| HON. JUDGE WILLIAM C. CARPENTER, JR and STATE OF DELAWARE, | ) ) ) ) |
| Defendants. | ) ) |

**AUTHORIZATION**

FILED
FEB - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Clarence U. Jamison, SBI #487106, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $4.28 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated January 31, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 2-4- , 2008.

_____
Signature of Plaintiff

IIM Clarence Jamison
SBI# 487106 UNIT 21-A H/C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 FEB 2008 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-BSMO