Jamison v. Carpenter et al

FILED

MAR 18 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

May it please the Court

Motion for Order Granting Transcripts

Comes now Clarence U. Jamison #487106
Plaintiff, moves this Honorable Court
for an Order Granting said plaintiff's
trial and Sentencing Transcripts at
no cost to him.

In support of this Motion the plaintiff
states: The transcripts were requested
from said plaintiffs Public Defender
Mrs. Kathryn Van Amerongen and were
not delivered. The transcripts are
necessary as evidence in said
plaintiffs complaint against the
Hon. Judge William C. Carpenter
and the State of Delaware. See
(Stacey vs. State). Del. Supr. 358 A 2d 380.

Wherefore, the plaintiff respectfully
requests this Honorable Court grant his
Motion for an Order Granting Transcripts.
* Respectfully Submitted *

Dated: 3/15/08        Clarence U. Jamison
                      Clarence U. Jamison

Superior Court I.D. No. 0409009565
Criminal Action No.(s) IN 04091361
                      IN 04091362
                      IN 04091363

Respectfully Submitted

Clarence U. Jamison
3/15/08

Please Note: ___

          I'm respectfully and
patiently awaiting the U.S. Marshal
subpeona forms.
          Thank You.

___

I'm also requesting the 4214
habitual offender petition and a
copy of my Motion for an Illegal
Sentence. Judge William C.
Carpenter turned down my motion
for an Illegal Sentence. I have
his decision. He never even addressed
the fact that two of the
convictions were illegal.

Clarence U. Jamison

SUPERIOR COURT
OF THE
STATE OF DELAWARE

WILLIAM C. CARPENTER, JR.
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0670

March 10, 2008

Clarence U. Jamison
Delaware Correctional Institution
Smyrna, DE

  RE: State v. Clarence Jamison
     ID No. 0409009565

Dear Mr. Jamison:

  The Court is in receipt of your pleading entitled "Motion for Correction of an Illegal Sentence" which was received by the Prothonotary on February 14, 2008. The basis for your motion is that since I presided in the non-jury trial of your matter, and found you guilty of the offense, I should have been prohibited from sentencing you or determining your 4214 status as an habitual offender. While this is an interesting argument, it is simply incorrect.

  Whether the judge handles the matter as a jury or non-jury trial is irrelevant to the determination of who should impose the sentence. In Superior Court cases, the judge who handles the trial is the judge that does the sentencing. In fact, having presided over a trial puts the judge in a better position to know the facts of the case and the circumstances surrounding your involvement in the crime. Therefore, it is appropriate that that judge perform the sentencing function in cases where he or she was the presiding judge.

Since there is nothing legally preventing me from imposing the sentence, and further since the Court imposed the minimum sentence required under the habitual offender statute, your motion is DENIED.   The premise on which it is based is simply without merit.

Sincerely yours,

Judge William C. Carpenter, Jr.

WCCjr:twp

cc:   Brian Robertson, Esquire
      Kathryn van Amerongen, Esquire
      Prothonotary

Please Note: My motion also consisted of two convictions on my Illegal Sentence Motion that are illegal. As you can see Judge Carpenter Never even addressed the two convictions. This is the reason I'm requesting all of this information. I will uncover the Truth in Civil Court.

I/M Clarence Verdell Bailey
SBI# 467166    UNIT 21-A  H/C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

$ 00.41⁰

UNITED STATES POSTAGE
FIRST-CLASS
MAILED FROM ZIP CODE 19977
MAR 17 2008
0004608975
02 1A