# Motion for Appeal Amendment and/or 5/17/08

Comes Now, plaintiff Clarence U. Jamison #487106 who moves this Honorable Court to grant his motion to appeal the decision of Honorable Judge Sue L. Robinson in the matter of Clarence U. Jamison v. Honorable Judge William C. Carpenter Jr. (~~and the State of Delaware~~) Case 1:08-cv-00048-SLR. I do not wish to challenge the State only Carpenter Jr. In support of this Motion plaintiff states:

(1) That his suit against Honorable Judge William C. Carpenter Jr. is not based on attempts to challenge his conviction and/or sentence but rather a valid complaint to prove several Civil Rights Violations, Discrimination etc.

(2) That said plaintiff has proof through Trial and Sentencing Transcripts that Judge William C. Carpenter Jr. acted outside the scope of his judicial capacity and in complete absence of all jurisdiction.

5/17/08

(3) That said plaintiff filed a complaint against Honorable Judge William C. Carpenter Jr with the Court on the Judiciary on 3/14/07 case no C.J. No 5, 2007 and plaintiff also filed a complaint against Hon. Judge William C Carpenter Jr with the U.S District Court on 1/30/2008

(4) That said plaintiff "then" filed a Motion for a Correction of Illegal Sentence of a Hon. Judge William C Carpenter Jr conviction and sentence which your court has on record as being denied by Hon Judge William C. Carpenter Jr.

(5) The said plaintiff then filed a Motion to Appeal the decision of Hon. Judge William C. Carpenter Jr. on 3/25/08 with the Delaware Supreme Court

(6) That on April 11, 2008 said plaintiff filed a Motion for Transcripts with the Delaware Supreme Court and that motion was denied by Hon. Judge William C. Carpenter Jr.

(7) That because said plaintiff had

previously filed two ~~seperate~~ separate complaints against Honorable Judge William C. Carpenter Jr. he acted out of his jurisdiction when he handled any matters pertaining to said plaintiff after 3/14/07 and 1/30/08. By law there arises a definite "conflict of interest" between said plaintiff and Honorable Judge William C. Carpenter Jr. He also (Judge Carpenter JR) acted in complete absence of all jurisdiction when he decided an appeal for transcripts that was Motioned to the Delaware Supreme Court. Judge William C. Carpenter Jr is a Superior Court Judge who works for the State of Delaware.

Therefore for these reasons plaintiff respectfully requests his Motion for Appeal be granted

\* Respectfully Submitted \*,

C(signature)

5/17/08

Amend and/or 5/17/0?

(Continued) Motion to Appeal

1. That at the time of said defendant's trial the prosecutor, public defender and judge were all white, and defendant (Clarence U. Jamison) is black.

2. That Judge William C. Carpenter Jr. did in fact signal to said defendant Clarence U. Jamison by motioning his fingers across his throat that he was going to "HANG" said defendant during trial. (Plaintiff requests Court of Appeals to review trial footage and sentencing footage as evidence.)

3. That during said plaintiff's trial Judge Carpenter stated "Could we please get this over with I'm going to lunch". (Please see transcripts and trial footage).

4. That during said plaintiff's verdict decision Judge Carpenter Jr stated He's finding me guilty because he "thinks I did it."

Respectfully Submitted, Clarence Jamison

IM Charles Jamison
SBI# 487106 UNIT 21-A H/C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court of Appeals
Clerk's Office
844 N. King St. Lockbox 18
Wilmington, Delaware
19801-3570

