# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-2544

Clarence Jamison v. Carpenter, et al, et al

1-08-cv-00048

## ORDER

In accordance with the motion by the appellant/petitioner in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Mr. Clarence U. Jamison
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977-0000

Dated: June 30, 2008